IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CAROL K. GHAUL | ) | Civil Action No. 7:16-cv-00497 |
| Plaintiff, | ) | |
| v. | ) | **FINAL ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | United States District Judge |

For reasons stated in a Memorandum Opinion filed this day, summary judgment is hereby entered for the defendant and it is so

ORDERED.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 9th day of August, 2017.

_____
United States District Judge